FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 18, 2025

SEAN F. McAVOY, CLERK

Richard R. Barker
Acting United States Attorney
Eastern District of Washington
Nowles H. Heinrich
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STORMY JOE PAGALING,<br><br>Defendant. | 2:25-CR-107-RLP<br><br>INDICTMENT<br><br>Vio:  18 U.S.C. § 111(a)(1)<br>Assault on a Federal Officer and Employee<br>(Count 1)<br><br>18 U.S.C. § 111(a)(1), (b)<br>Assault on a Federal Officer and Employee, Inflicting Bodily Injury<br>(Count 2) |

The Grand Jury charges:

COUNT 1

On or about May 3, 2025, in the Eastern District of Washington, the Defendant, STORMY JOE PAGALING, did forcibly assault, with physical contact, E.S., while E.S. was employed as a Special Law Enforcement Commissioned Officer with the Bureau of Indian Affairs and a Tribal Police

INDICTMENT – 1

Officer with the Kalispel Tribal Police Department, while E.S. was engaged in and on account of the performance of his official duties, in violation of 18 U.S.C. § 111(a)(1).

COUNT 2

On or about May 8, 2025, in the Eastern District of Washington, the Defendant, STORMY JOE PAGALING, did forcibly assault R.H., an officer and federal employee of the Bureau of Indian Affairs, while R.H. was engaged in and on account of the performance of his official duties, and in doing so inflicted bodily injury upon R.H., in violation of 18 U.S.C. § 111(a)(1), (b).

DATED this 18 day of June, 2025.

A TRUE BILL

_____
Richard R. Barker
Acting United States Attorney

_____
Nowles H. Heinrich
Assistant United States Attorney

INDICTMENT – 2